**No. 45367.**—Protest 916879–G of Henry Pollak, Inc. (New York).

Opinion by Brown, J. It was stipulated that the merchandise is similar to that passed upon in *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

Before the Third Division, February 10, 1941

**No. 45368.**—Protests 997895–G, etc., of Mrs. Hilde Ascher et al. (Los Angeles).

Opinion by Keefe, J. It was stipulated that the lift vans in question are the same as those the subject of Abstracts 43642 and 43909. The claim for free entry as usual containers of duty-free merchandise was therefore sustained.

**No. 45369.**—Protests 893521–G, etc., of S. H. Kress & Co. (Los Angeles).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 45370.**—Protest 894505–G of Western Novelty Co. (Los Angeles).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 45371.**—Protest 5939–K of Butler Bros. (San Francisco).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the Rockingham-ware in question was held dutiable at 25 percent under paragraph 210 as claimed.

**No. 45372.**—Protest 983211–G of Haas Baruch & Co. (Los Angeles).

Opinion by Keefe, J. In accordance with stipulation of counsel the ham products in question were held dutiable at 3¼ cents per pound under paragraph 703 on the basis of the net weight of the contents of the cans less 10 percent allowance for the gelatinous material contained therein.